# EXHIBIT A

Superior Court of the State of Washington DC

*Plaintiff* } COMPLAINT
Brandon Michael Jacobs } Case #:
PO Box 2435 Washington DC 20013 }
V. }
} 19 - 000798
*Defendant* }
United States }

950 Pennsylvania Avenue NW Washington DC 20013 (council for the NSA)
National Security Agency
9800 Savage Road #6623, Savage Road, Fort Meade, MD 20755
USC 5 § 552a (g) (2) (A) (B), (3) (A) (B), State of Washington DC Constitution X, and, U.S. Amendment I, and, XIV

FILED
CIVIL ACTIONS BRANCH
FEB 07 2019
Superior Court of the District of Columbia Washington D.C.

1. I am requesting that the summons, complaint, and motions in this action be serviced by the court. DC Civ Pro Rule 4 (c) (3) (A) (B). I would like to exercise First Amendment rights that are guaranteed (e) (7) on USC 28 § 2401 (a), because that it abridges the right of the people (a person) to petition the Government for a redress of Grievances wile on legal disability. Continue as if the law(s) are not even there, as guaranteed by the United States Constitution Amendment I, and also stated guaranteed in the U.S. Sovereign Immunity Doctrine in order to continue this action wile I am on legal disability, USC 5 § 552a (e) (7). This action is for 5 § 552a (2) (A) (B), (3) (A) (B) and an act of Congress for US Amendment I, XIV, State of Washington DC Constitution X.

Page **1** of **10**

2. I have a privacy misrepresentation, USC 5 § 552a (g) (4) (5). My information states, "This is a misrepresentation". It was willful and the Government is liable for any right regardless of the amount in controversy, immunity waives by law under (g) (5). This is a willful and material misrepresentation.

3. The Jurisdiction of this Petition is general, USC 5 § 552a (g) (2) (A), (3) (A) (only) and 28 § 1346 (a) (2) for an act of Congress exceeding $10,000.00.

4. My information has been withheld by the NSA and I now must exercise First Amendment Rights on USC 5 § 552a (e) (7) on (k) under (g) (3) (A), and (d) (5) exemptions or laws in order to not have my information withheld, by court because of the laws, or the Government procedural.

5. I need a motion on the National Security Agency, for the amendment of all my information for a fair trial (B) when I am petitioning the government (e) (7) for a redress of Grievances, because by not having a fair trial my First Amendment Right that is guaranteed is abridged, relief sought under USC 5 § 552a (g) (2) (A), because (e) (7), § 552 (b) (7) (B).

To amend all my information including all the Programs (the logins). Fed C. P. Rule 56 (f) (1) (2), (d) (3) for relief under 5 § 552a (g) (2) (A). I would like to exercise First Amendment rights that are guaranteed (e) (7) on (k) and any law that would prohibit the amendment of all my information including all the Programs (e) (7) because the amendment of my information is the only way to unabridged my First Amendment right to petition the Government for a redress of grievances, that's guaranteed. Continue as if the law is not there. The agency in the past honored § 552a (d) (1) (2) by mailing me my information, and amending my information. I am owed 900 Million Dollars that is Stated in my information.

6. This information falls under, USC Title 5 § 552 (b) (7) (B) (C) a clearly unwarranted invasion of personal privacy, and the information is abridging my right to petition the Government for a redress of Grievances (e) (7), by denying me a fair trial (B) when the petition is on the Government for a redress of Grievances re: Title 5 § 552 (b) (7) (B), 552a (e) (7). The information must be amended because it is abridging my right to petition the Government for a Redress of Grievances in this action, relief under (g) (2) (A). Congress shall not make any law to

prohibit the amendment of all my information, because the information is abridging the First Amendment that's guaranteed, as stated guaranteed in the US Sovereign Immunity Doctrine (e) (7).

a. I would like to exercise First Amendment Rights that are guaranteed on (k) listed under (3) (A), (d) (5) and any other law stating that, Congress shall make no law that will deny to me, delay, or withhold from me, any of my information, when the information will disclose, prove indisputable liability on the Government, stating that these laws abridge my right to petition the government for a redress of grievances that is liability under any right, regardless of the amount in controversy under § 552a (g) (5), (4) (A) and the United States does not have immunity to abridge the first amendment, This is stated, guaranteed in the U.S. Sovereign Immunity Doctrine, and common law 5 § 552a (e) (7). Continue as if [(k) exemptions, under (g) (3) (A), and (d) (5) to withhold any of my information] the laws are not even there. My information originally was implied by fact and law, but I could not stop it from being ordered to express over ten years after the trial date when the court ordered it to be express on my 30th birthday. It was all implied for the duration to my age of thirty.

Page 4 of 10

US Amendment I, DC X petition complaint dc sup (3) (A), (k). 2/6/2019

b. It is not necessary to examine the agency records in camera, except to see "this is a misrepresentation" because there is no laws (k) exemptions that can withhold any of the (my) information and abridge my right to petition the government for a redress of grievances. All the information is improperly withheld from me under USC 5 § 552a (g) (3) (A). According to remedy under (3) (A) the court is to withhold according to (k) [paragraph 7 this complaint].

7. **Law Memorandum 5 § 552a (g) (3) (A);** In any suit brought under the provisions of subsection (g)(1)(B) of this section, the court may enjoin the agency from withholding the records and order the production to the complainant of any agency records improperly withheld from him. In such a case the court shall determine the matter de novo, and may examine the contents of any agency records in camera to determine whether the records or any portion thereof may be withheld under any of the exemptions set forth in subsection (k) of this section, and the burden is on the agency to sustain its action.

8. The First Amendment is Substantive and cannot be abridged without substantive relief. 552a (k) listed under (g) (3) (A), and (d) (5) are laws that Congress made that abridge the right of the people to petition the Government for a redress of grievances by not permitting the disclosure of liability on the United States; [paragraph 6a,b this complaint]. Also the First Amendment is abridged when the petition for redress of grievances on the Government, when the Grievances are, information, or records that disclose indisputable liability on the Government, without (k) under (3) (A), and (d) (5) for another future action to be commenced under (g) (4) (5) on the Government, which is the circumstances in this matter.

9. The First Amendment is a law that the Washington DC State Constitution X, and the 14th Amendment both ensures everyone is to receive; the equal protection of the laws, and when the U.S. violates this substantive law associated with a person, that person receives grievances for the substantive law that is violated, under the First Amendment guaranteed, or, Washington DC State Constitution I, with a petition on the government for a redress of grievances for violating the Washington DC State Constitution X, and the 14th Amendment for not

ensuring them the equal protection of the law. In this case, paragraph 8 this complaint, for an explanation.

10. Order the production, of the records from the agency to me the complainant, and the information, or records maintained on me by the National Security Agency, under (3) (A), as long as none of my information, or records can be withheld under (3) (A) due to the circumstances in paragraph 6, 6a, 6b, and 8 and other circumstances in this complaint, as a matter of law. I need the all my information amended including all the Programs under (2) (A) definitely for (e) (7) according to statements in this complaint; paragraph 6, 6a, 6b. My personal information is provided in paragraph 13a, in accordance with Fed Civ Pro Rule 5.2 (a)(1)(2)(4), (b) (2).

11. MOTION IN COMPLAINT, RELEIF SOUGHT UNDER US AMENDMENT I, all relief is Substantive Rights;
   a. Two laws violate US Amendment I double relief; (k) under (g) (3) (A), and (d) (5).
   b. Twenty Million Dollars $20,000,000.00 for U.S. Amendment I
   c. Twenty Million Dollars $20,000,000.00 for Amendment XIV

    d. Ten Million Dollars $ 10,000,000.00 for DC Constitution X

12.     A total relief of Fifty Million Dollars, $50,000,000.00 I am asking the court to please grant judgement on this; as matter law, with a Motion in the complaint for, Fifty Million Dollars, $50,000,000.00 specified in paragraph 11a, b, c, and d, of this complaint.

13.     <u>Relief; Motion in Complaint:</u> Amend all of my information under (g) (2) (A) including all the Programs (the logins) this is very important. Order the production, of the records from the agency to me, the complainant, furnish my information maintained on me from the National Security Agency, if possible, as stated in this complaint paragraph 8, USC 5 § 552a (g) (2) (A), (3) (A).

    a. My date of birth, (F) (2) and my social security number, (F) (2) in accordance with Fed Civ Pro Rule 5.2 (a) (1)(2)(4), (b) (2). 5.2

14.     I would like to exercise First Amendment Rights on Procedure and Evidence Code, because Congress shall make no law to prohibit issuance of a court order for the amendment of all my information including the Programs, (the logins). USC 5 § 552a (g) (2) (A). This is guaranteed by

the First Amendment in the US Constitution, as stated guaranteed in the US Sovereign Immunity Doctrine. The information is abridging my freedom of speech, and of the press, also the right to petition the government for a redress of grievances.

I declare under penalty of perjury that the foregoing is true and correct this 7Tʰ day of February 2019.

Brandon Michael Jacobs _____

Plaintiff Contact Information:

Brandon Michael Jacobs

PO Box 2435 Washington DC 20013

PHONE: +1 (917)-856-2483

E-mail: nmichaeljacobs@hotmail.com


Defendant 1 Contact Information:

National Security Agency

ADDRESS: 9800 Savage Rd #6623, Fort Meade, MD 20755

PHONE: +1 (301) 688-6524


Defendant 2 and Defendant 1 Council Information:

United States Attorney General; Matthew G. Whitaker

ADDRESS: 950 Pennsylvania Ave NW, Washington, DC 20530

PHONE: +1 (202) 353-1555

**ENROLLED ORIGINAL**

# The Constitution of the State of Washington, D.C.

Approved by the Council of the District of Columbia
October 18, 2016

### PREAMBLE

*Whereas,* We the people of the District of Columbia desire to become a state of the United States of America, where, like citizens of the other states, we will enjoy the full rights of citizenship of the United States of America: to democracy and a republican form of government, to enact our own laws governing state affairs, and to voting representation in the United States Congress.

*Now, Therefore, We the People of the District of Columbia* do adopt this Constitution, to be known as the Constitution of the State of Washington, D.C. (D.C. meaning "Douglass Commonwealth"), to establish the means of self- governance of the State of Washington, D.C. and to take our place, irrevocably, as a state among the states comprising the United States of America.

### BILL OF RIGHTS

I.  Freedom of religion, of speech, and of the press

   The State of Washington, D.C. shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

II. Right to keep and bear arms

   A well-regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

III. Quartering of soldiers

   No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

IV. Security from unwarrantable search and seizure

   The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but

8

upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

V. Rights of accused in criminal proceedings

No person shall be held to answer for a felony offense, unless on a presentment or indictment of a grand jury; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against oneself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

VI. Right to a speedy jury trial, witnesses, assistance of counsel

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against the accused; to have compulsory process for obtaining witnesses in favor of the accused, and to have the assistance of counsel for defense of the accused. Where the potential sentence exceeds 180 days, the accused shall enjoy the right to trial by an impartial jury.

VII. Trial by jury in civil cases

In suits at common law, where the value in controversy shall exceed five thousand dollars or such greater amount as set by the Superior Court of the State of Washington, D.C., the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the State of Washington, D.C., than according to the rules of the common law.

VIII. Bails, fines, and punishments

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

IX. Reservation of the rights of the people

The enumeration in this Constitution of certain rights, shall not be construed to deny or disparage others retained by the people.

X. Equal protection

The State of Washington, D.C. shall not deny to any person the equal protection of the laws.